**Order entered March 27, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-19-00127-CV**

**TERRY JOHNSON, Appellant**

**V.**

**MAI DINH, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05233-E**

**ORDER**
Before Justices Bridges, Molberg, and Carlyle

This appeal was submitted on February 19, 2020. On March 19, 2020, the Supreme Court of Texas issued its Fourth Emergency Order Regarding the Covid-19 State of Disaster. The Supreme Court of Texas ordered, in relevant part, that "In any action for eviction to recover possession of residential property under Chapter 24 of the Texas Property Code and Rule 510 of the Texas Rules of Civil Procedure: No trial, hearing, or other proceeding may be conducted, and all deadlines are tolled, until after April 19, 2020."

The Fourth Emergency Order further provides that it "is effective immediately and expires April 19, 2020, unless extended by the Chief Justice of the Supreme Court."

In light of the Fourth Emergency Order and on our own motion, this Court **ABATES** this appeal until April 19, 2020 unless the Chief Justice of the Texas Supreme Court extends the Order. If the Chief Justice extends the Order, then this appeal shall remain abated until such time that the Order expires.

When the Fourth Order expires, this Court shall automatically reinstate the appeal.

/s/    DAVID L. BRIDGES
PRESIDING JUSTICE